■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. IGNACIA BAEZ, Relator, v. WARDEN OF THE CITY PRISON, BROOKLYN, Respondent.— In a habeas corpus proceeding, writ dismissed; relator remanded to the custody of respondent. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of BERNARD L. BROOME, an Attorney, Respondent, DENIS M. HURLEY, Petitioner.— Upon the remittitur of the Court of Appeals, dated November 30, 1961, the order of this court disbarring respondent (13 A D 2d 657) is vacated; and the issues raised by the pleadings are referred to George C. Wildermuth, Esq., as Special Referee, for rehearing and report, together with his recommendations. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

## (December 15, 1961)

■ MATILDA MAUS, Appellant, v. WILLIAM NISBET et al., Respondents.— Motion by respondents to dismiss appeals denied, on condition that appellant perfect the appeals and be ready to argue or submit them at the January Term, beginning January 2, 1962; appeals ordered on the calendar for said term. Appellant's brief must be served and filed on or before December 26, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ HANNAH SEGAL et al., Appellants, v. CAB TRANSPORTATION CORP., et al., Respondents, et al., Defendant.— Motions by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before January 12, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

## (December 18, 1961)

■ (A) CHARLES BENINCASA, Appellant, v. INCORPORATED VILLAGE OF ROCKVILLE CENTRE et al., Respondents. (B) JAMES FLOOD et al., Appellants, v. UNITED STATES TRUCKING CORP. et al., Respondents.— [In each action] Motion by respondents to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ CHARLOTTE R. FINKEL, an Infant, by MORRIS FINKEL, Her Guardian ad Litem, MORRIS FINKEL, et al., Respondents, v. BRUCE HAWLEY, Appellant, et al., Defendants.— Motion by respondents to dismiss appeal of appellant Hawley denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 10, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ETHEL GAINEY et al., Respondents, v. PARAY REALTY CORP., Appellant, et al., Defendant.— Motion by appellant to extend its time to perfect its appeal, granted; time extended to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 1, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.